# EXHIBIT 1

Side - 1



## NOTICE OF ACCEPTANCE AND ACKNOWLEDGEMENT OF §§8 & 15 DECLARATION
**MAILING DATE: Sep 13, 2010**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065. The combined declaration is accepted and acknowledged. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**    **2816474**
**MARK:**    **KOOL SMILES GENERAL DENTISTRY FOR CHILDR ETC.**
**OWNER:**    **NCDR, L.L.C.**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

R. Lee Fraley
SNELL & WILMER L.L.P.
ONE ARIZONA CENTER
400 EAST VAN BUREN
PHOENIX, AZ   85004-2202

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2816474 |
| **REGISTRATION DATE** | 02/24/2004 |
| **SERIAL NUMBER** | 76477495 |
| **MARK SECTION** | |
| **MARK** | KOOL SMILES GENERAL DENTISTRY FOR CHILDR (stylized and/or with design) |
| **ATTORNEY SECTION (current)** | |
| NAME | R. Lee Fraley |
| FIRM NAME | SNELL & WILMER L.L.P. |
| INTERNAL ADDRESS | 400 EAST VAN BUREN |
| STREET | ONE ARIZONA CENTER |
| CITY | PHOENIX |
| STATE | Arizona |
| POSTAL CODE | 85004-2202 |
| COUNTRY | United States |
| PHONE | (602) 382-6250 |
| FAX | (602) 382-6070 |
| EMAIL | lfraley@swlaw.com |
| **ATTORNEY SECTION (proposed)** | |
| NAME | R. Lee Fraley |
| FIRM NAME | SNELL & WILMER L.L.P. |
| INTERNAL ADDRESS | 400 EAST VAN BUREN |
| STREET | ONE ARIZONA CENTER |
| CITY | |

| CITY | PHOENIX |
|---|---|
| STATE | Arizona |
| POSTAL CODE | 85004-2202 |
| COUNTRY | United States |
| PHONE | (602) 382-6250 |
| FAX | (602) 382-6070 |
| EMAIL | lfraley@swlaw.com |
| DOCKET/REFERENCE NUMBER | 40789.0200 |
| OTHER APPOINTED ATTORNEY | J. Damon Ashcraft, David G. Barker, Damon L. Boyd, David O. Caplan, R. Shane Capps, Daniel Chan, H. Michael Drumm, Andrew Flior, Albin H. Gess, Charles F. Hauff, Jr., James M. Hennessee, James W. Henson, Todd P. Komaromy, Sid Leach, Edward Y. Lin, Eric M. Nielsen, David P. Nigro, Cynthia L. Pillote, John H. Platt, Joseph W. Price, Jr., Ryan D. Ricks, Howard I. Sobelman, Adam J. Stegge, J. Rick Taché, Ketan S. Vakil, Will Van Curen, and Mark W. Williams |

## CORRESPONDENCE SECTION (current)

| NAME | R. LEE FRALEY |
|---|---|
| FIRM NAME | SNELL & WILMER L.L.P. |
| INTERNAL ADDRESS | 400 EAST VAN BUREN |
| STREET | ONE ARIZONA CENTER |
| CITY | PHOENIX |
| STATE | Arizona |
| POSTAL CODE | 85004-2202 |
| COUNTRY | United States |
| PHONE | (602) 382-6250 |
| FAX | (602) 382-6070 |
| EMAIL | lfraley@swlaw.com |

## CORRESPONDENCE SECTION (proposed)

| NAME | R. LEE FRALEY |
|---|---|
| FIRM NAME | SNELL & WILMER L.L.P. |
| INTERNAL ADDRESS | 400 EAST VAN BUREN |

| STREET | ONE ARIZONA CENTER |
|---|---|
| CITY | PHOENIX |
| STATE | Arizona |
| POSTAL CODE | 85004-2202 |
| COUNTRY | United States |
| PHONE | (602) 382-6250 |
| FAX | (602) 382-6070 |
| EMAIL | lfraley@swlaw.com |
| DOCKET/REFERENCE NUMBER | 40789.0200 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 044 |
|---|---|
| GOODS OR SERVICES | general dentistry services |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT 11\764\774\76477495\xml1\ 8150002.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT 11\764\774\76477495\xml1\ 8150003.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT 11\764\774\76477495\xml1\ 8150004.JPG |
| SPECIMEN DESCRIPTION | digital pictures of the mark used on signage and providing contact information for potential consumers to purchase the services |

## OWNER SECTION (current)

| NAME | NCDR, L.L.C. |
|---|---|
| STREET | 3145 E. Chandler Boulevard |
| CITY | Phoenix |
| STATE | Arizona |
| ZIP/POSTAL CODE | 85048 |
| COUNTRY | United States |

## OWNER SECTION (proposed)

| NAME | NCDR, L.L.C. |
|---|---|
| STREET | 1090 Northchase Parkway, Suite 150 |
| CITY | Marietta |

| STATE | Georgia |
|---|---|
| ZIP/POSTAL CODE | 30067 |
| COUNTRY | United States |
| **LEGAL ENTITY SECTION (current)** | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |
| **LEGAL ENTITY SECTION (proposed)** | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| GRACE PERIOD | 100 |
| TOTAL FEE PAID | 400 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /R. Lee Fraley/ |
| SIGNATORY'S NAME | R. Lee Fraley |
| SIGNATORY'S POSITION | Attorney of Record, Arizona bar member |
| DATE SIGNED | 08/19/2010 |
| PAYMENT METHOD | DA |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Aug 19 13:49:16 EDT 2010 |
| TEAS STAMP | USPTO/S08N15-12.159.66.29 -20100819134916182689-281 6474-4704cc2f3c621baac614 7a3789a758f2cb7-DA-32-201 00819131531241307 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

### Combined Declaration of Use and Incontestability under Sections 8 & 15
### To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2816474
**REGISTRATION DATE:** 02/24/2004

**MARK:** (Stylized and/or with Design, KOOL SMILES GENERAL DENTISTRY FOR CHILDR)

The owner, NCDR, L.L.C., a limited liability company legally organized under the laws of Delaware, having an address of
    1090 Northchase Parkway, Suite 150
    Marietta, Georgia 30067
    United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 044, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class: general dentistry services; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) digital pictures of the mark used on signage and providing contact information for potential consumers to purchase the services.
Specimen File1
Specimen File2
Specimen File3
The registrant's current Attorney Information: R. Lee Fraley of  SNELL & WILMER L.L.P.
    400 EAST VAN BUREN
    ONE ARIZONA CENTER
    PHOENIX, Arizona (AZ) 85004-2202
    United States (USX)

The registrant's proposed Attorney Information: R. Lee Fraley of  SNELL & WILMER L.L.P.
    400 EAST VAN BUREN
    ONE ARIZONA CENTER
    PHOENIX, Arizona (AZ) 85004-2202
    United States (USX)
The docket/reference number is 40789.0200.

The phone number is (602) 382-6250.

The fax number is (602) 382-6070.

The email address is lfraley@swlaw.com.
The registrant's current Correspondence Information: R. LEE FRALEY of SNELL & WILMER L.L.P.
    400 EAST VAN BUREN
    ONE ARIZONA CENTER
    PHOENIX, Arizona (AZ) 85004-2202
    United States (USX)

The registrant's proposed Correspondence Information: R. LEE FRALEY of SNELL & WILMER L.L.P.
    400 EAST VAN BUREN
    ONE ARIZONA CENTER
    PHOENIX, Arizona (AZ) 85004-2202
    United States (USX)
The docket/reference number is 40789.0200.

The phone number is (602) 382-6250.

The fax number is (602) 382-6070.

The email address is lfraley@swlaw.com.

A fee payment in the amount of $400 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration

*The mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce. There has been no final decision adverse to the owner's claim of ownership of such mark, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /R. Lee Fraley/     Date: 08/19/2010
Signatory's Name: R. Lee Fraley
Signatory's Position: Attorney of Record, Arizona bar member

Mailing Address **(current):**
  SNELL & WILMER L.L.P.

ONE ARIZONA CENTER
PHOENIX, Arizona 85004-2202

Mailing Address **(proposed):**
SNELL & WILMER L.L.P.
ONE ARIZONA CENTER
PHOENIX, Arizona 85004-2202

Serial Number: 76477495
Internet Transmission Date: Thu Aug 19 13:49:16 EDT 2010
TEAS Stamp: USPTO/S08N15-12.159.66.29-20100819134916
182689-2816474-4704cc2f3c621baac6147a378
9a758f2cb7-DA-32-20100819131531241307







**ROUTING SHEET TO POST REGISTRATION (PRU)**       **Registration Number:**   2816474

**Serial Number:**   76477495

**RAM Sale Number:  32**

**RAM Accounting Date:  20100820**       **Total Fees:**       $400

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20100819 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20100819 | $200 | 1 | 1 | $200 |
| Grace period combined §8 & 15 | 7206 | 20100819 | $100 | 1 | 1 | $100 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20100819









**Int. Cl.: 44**

**Prior U.S. Cls.: 100 and 101**

Reg. No. 2,816,474

## United States Patent and Trademark Office

Registered Feb. 24, 2004

### SERVICE MARK
### PRINCIPAL REGISTER



NCDR, L.L.C. (DELAWARE LTD LIAB CO)
3145 E. CHANDLER BOULEVARD
SUITE 110-636
PHOENIX, AZ 85048

FOR: GENERAL DENTISTRY SERVICES, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 8-15-2002; IN COMMERCE 8-15-2002.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GENERAL DENTISTRY FOR CHILDREN", APART FROM THE MARK AS SHOWN.

SER. NO. 76-477,495, FILED 12-23-2002.

PAULA MAHONEY, EXAMINING ATTORNEY

Commissioner for Trademarks
2900 Crystal Drive
Arlington , VA   22202-3514
www.uspto.gov

Nov 12, 2003

# NOTICE OF PUBLICATION UNDER 12(a)

1.  Serial No.:
    76/477,495

2.  Mark:
    KOOL SMILES GENERAL DENTISTRY FOR CHILDR
    Etc. and design

3.  International Class(es):
    44

4.  Publication Date:
    Dec 2, 2003

5.  Applicant:
    NCDR, L.L.C.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: (202) 512-1800

By direction of the Commissioner.

Correspondence Address:

R. LEE FRALEY
SNELL & WILMER L.L.P.
ONE ARIZONA CENTER
400 EAST VAN BUREN
PHOENIX, AZ 85004-2202

TMP&I

**SUBSTITUTE DRAWING**

APPLICANT:                          NCDR, L.L.C.

POST OFFICE ADDRESS:                3145 E. Chandler Boulevard
                                    Suite 110-636
                                    Phoenix, Arizona 85048

SERVICES:                           General dentistry services.

INTERNATIONAL CLASS:                44



NCDR, LLC for
KOOL SMILES GENERAL DENTISTRY FOR
CHILDREN & DESIGN                              Attorney Ref. No. 40789.0200

**CERTIFICATE OF MAILING PURSUANT TO 37 C.F.R. §1.8**

   I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3514.

Date: 8-19-2003      By _____

                 Signature of Person Depositing Mail

---

**IN THE UNITED STATES
PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| Applicant: | **NCDR, L.L.C.** | Docket No.: | **40789.0200** |
| Serial No.: | **76/477,495** | Examining Attorney: | **Paula Mahoney** |
| Filed: | **December 20, 2002** | Law Office No.: | **113** |
| Mark: | **KOOL SMILES GENERAL DENTISTRY FOR CHILDREN & DESIGN** | | |

**RESPONSE TO OFFICE ACTION**

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514

Dear Commissioner:

   Applicant hereby timely responds to the Office Action mailed March 13, 2003 in the above-identified application.

**AMENDMENT**

**Recitation of Services**

   Please amend the recitation of the services in the application to read as follows:

   Class 44: general dentistry services.

**Disclaimer**

   The Examining Attorney has requested Applicant to disclaim all descriptive wording in the mark "GENERAL DENTISTRY FOR CHILDREN". Therefore, Applicant respectfully submits the following disclaimer:

   --"No claim is made to the exclusive right to use GENERAL DENTISTRY FOR CHILDREN apart from the mark as shown."--



08-21-2003
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

Mark: PANTHEON CHEMICAL & DESIGN
Serial No.: 76/457,707

**Drawing**

The Examining Attorney has stated that the submitted drawing is unacceptable because it does not comply with the requirements for a special-form drawing. Therefore, Applicant submits a substitute drawing page which shows the mark in a clear, black, and white fashion, and conforming to 37 C.F.R. Section 2.52, attached hereto.

## REMARKS

The Examining Attorney states that the recitation of services in the present application is unacceptable because it is indefinite and it refers to services in additional classes. Applicant has herein amended the recitation of services along the lines of the Examining Attorney's suggestion in specifying the related services, and notes that the amended description lies properly within the scope of the services as set forth in the application as filed.

This response is intended to be fully responsive to all points raised by the examining attorney. The application now being proper in form and substance, it is respectfully requested that this application be passed to publication.

If the undersigned attorney may be of further assistance in advancing this mark towards registration, the Examining Attorney is invited to call at the below listed number.

Respectfully submitted,

Date    8/19/03                          By    R. Lee Fraley
                                                R. Lee Fraley
                                                Reg. No. 42,550

**SNELL & WILMER L.L.P.**
One Arizona Center
400 East Van Buren
Phoenix, AZ  85004-2202
(602) 382-6250

1394619

2

## SUBSTITUTE DRAWING

APPLICANT:                    NCDR, L.L.C.

POST OFFICE ADDRESS:          3145 E. Chandler Boulevard
                              Suite 110-636
                              Phoenix, Arizona 85048


SERVICES:                     General dentistry services.

INTERNATIONAL CLASS:          44



NCDR, LLC for
KOOL SMILES GENERAL DENTISTRY FOR
CHILDREN  & DESIGN                                    Attorney Ref. No. 40789.0200

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**: 76/477495

**APPLICANT**:                    NCDR, L.L.C.

**CORRESPONDENT ADDRESS**:
   R. LEE FRALEY
   SNELL & WILMER L.L.P.
   ONE ARIZONA CENTER
   400 EAST VAN BUREN
   PHOENIX, AZ 85004-2202

**RETURN ADDRESS**:
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
**ecom113@uspto.gov**

 **MARK**:  KOOL SMILES GENERAL DENTISTRY FOR CHILDR
ETC.

 **CORRESPONDENT'S REFERENCE/DOCKET NO** : 40789.0200

 **CORRESPONDENT EMAIL ADDRESS**:

Please provide in all correspondence:

1. Filing date, serial number, mark and
 applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
 Law Office number.
 4. Your telephone number and e-
 mail address.

# OFFICE ACTION

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE**.

Serial Number  76/477495

The assigned examining attorney has reviewed the referenced application and determined the following.

## Recitation of Services

The applicant's  recitation of services is unacceptable as indefinite.  Specifically, "dental services" could include services classified in International Classes other than those identified by applicant.  The applicant may adopt any of the following, if accurate:

International Class 40:  dental services, namely dental technician and laboratory services.

International Class 44:  general dentistry services.

Please note that, while an application may be amended to clarify or limit the recitation of services, additions to the recitation of services are not permitted.  37 C.F.R. §2.71(a); TMEP §§1402.03(a) and 1402.11.  Therefore, the applicant may not amend to include any services that are not within the scope of services set forth in the present recitation.

## Multiple Class Application

The recitation of services contains services that may be classified in several International Classes.  If the applicant prosecutes this application as a combined, or multiple‑class application based on use in commerce under Trademark Act Section 1(a), 15 U.S.C. §1051(a), the applicant must comply with each of the following:

(1)  The applicant must specifically identify the services in each class and list the services by international class with the classes listed in ascending numerical order.  TMEP §1403.01.

(2)  The applicant must submit a filing fee for each international class of goods/services not covered by the fee already paid.  37 C.F.R. §§2.6(a)(1) and 2.86(b); TMEP §§810.01 and 1403.01.   Effective January 1, 2003, the fee for filing a trademark application is $335 for each class.  This applies to classes added to pending applications as well as to new applications filed on or after that date.

(3)  The applicant must submit:

(a) dates of first use and first use in commerce and one specimen for each class that includes goods or services based on use in commerce under Trademark Act Section 1(a).  The dates of use must be at least as early as the filing date of this application, 37 C.F.R. §§2.34(a)(1) and 2.86(a), and the specimen(s) must have been in use in commerce at least as early as the filing date of the application, and/or

(b) a statement of a bona fide intention to use the mark in commerce on or in connection with all the goods or services specified in each class that includes goods or services based on a bona fide intention to use the mark in commerce under Trademark Act Section 1(b), where such statement was not included for the goods or services in the original application.

(4)  The applicant must submit an affidavit or a declaration under 37 C.F.R. §2.20 signed by the applicant to verify (3) above.  37 C.F.R. §§2.59(a) and 2.71(c).

## Disclaimer

The applicant must disclaim the descriptive wording "GENERAL DENTISTRY FOR CHILDREN" apart from the mark as shown. Trademark Act Section 6, 15 U.S.C. §1056; TMEP §§1213 and 1213.03(a).  Applicant is providing general dentistry services to children.  Thus, the wording merely describes the services.

A properly worded disclaimer should read as follows:

No claim is made to the exclusive right to use "GENERAL DENTISTRY FOR CHILDREN" apart from the mark as shown.

## Drawing

The submitted drawing is unacceptable because it does not comply with the requirements for a special-form drawing.  Specifically, the drawing contains gray.  A drawing must be entirely in black-and-white.  Therefore, the applicant must submit a new drawing showing the mark clearly and conforming to 37

C.F.R. Section 2.52.  If the applicant wishes to depict color in the drawing, then the applicant must provide a clear and specific description of what the color is and where the color appears in the mark.  37 C.F.R. Section 2.52(a)(2)(v).

The requirements for a specialâ€'form drawing are as follows:

(1)  The drawing must appear in black and white; no color is permitted.

(2)  Every line and letter must be black and clear.

(3)  The use of gray to indicate shading is unacceptable.

(4)  The lining must not be too fine or too close together.

(5)  The preferred size of the area in which the mark is displayed is 2½ inches (6.1 cm.) high and 2½ inches (6.1 cm.) wide.  It should not be larger than 4 inches (10.3 cm.) high or 4 inches (10.3 cm.) wide.

(6)  If the reduction of the mark to the required size renders any details illegible, the applicant may insert a statement in the application to describe the mark and these details.

37 C.F.R. §2.52; TMEP §§807.01(b) and 807.07(a).  The Office will enforce these drawing requirements strictly.

The Office prefers that the drawing be depicted on a separate sheet of smooth, nonshiny, white paper 8 to 8½ inches (20.3 to 21.6 cm.) wide and 11 inches (27.9 cm.) long, and that the sheet contain a heading listing, on separate lines, the applicant's  complete name; the applicant's  address; the goods or services recited in the application; and, if the application is filed under Section 1(a) of the Act, the dates of first use of the mark and of first use of the mark in commerce; or, if the application is filed under Section 44(d), the priority filing date of the foreign application.  37 C.F.R. §2.52(b); TMEP §§807.01(a), 807.01(b), 807.01(c) and 807.07(a).

## General Information

The examining attorney has searched the Office records and has found no similar registered or pending mark which bars registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d).  TMEP §704.02.

If the applicant has any questions or needs assistance in responding to this Office action, please telephone the assigned examining attorney.

/Richard R. Alves, Jr./
Trademark Examining Attorney
Law Office 113
(703) 308-9113 x 298

**How to respond to this Office Action:**

To respond formally using the Office's Trademark Electronic Application System (TEAS), visit **http://www.uspto.gov/teas/index.html** and follow the instructions.

To respond formally via E-mail, visit **http://www.uspto.gov/web/trademarks/tmelecresp.htm** and follow the instructions.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at **http://www.uspto.gov/main/trademarks.htm**

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

```
*** User: ralves  ***
```

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 54079 | N/A | 0 | 0 | 0:07 | *{"ck"}{"ou"}{v0:1}l*[bi,ti] |
| 02 | 1822 | N/A | 0 | 0 | 0:05 | *{"sz"}m{"iey"}l*[bi,ti] |
| 03 | 1369 | N/A | 0 | 0 | 0:01 | 270101[DC] |
| 04 | 22 | 13 | 9 | 2 | 0:01 | 1 and 2 |
| 05 | 16 | 8 | 8 | 8 | 0:01 | 1 and 3 |
| 06 | 7 | 4 | 3 | 3 | 0:01 | 2 and 3 |
| 07 | 13248 | N/A | 0 | 0 | 0:05 | 1 and "040"[cc] |
| 08 | 757 | N/A | 0 | 0 | 0:04 | 1 and ("040" or a or b or "200")[ic] |
| 09 | 13248 | N/A | 0 | 0 | 0:06 | 1 and "044"[cc] |
| 10 | 349 | N/A | 0 | 0 | 0:03 | 1 and ("044" or a or b or "200")[ic] |
| 11 | 813 | N/A | 0 | 0 | 0:04 | 2 and "040"[cc] |
| 12 | 38 | 12 | 24 | 5 | 0:01 | 2 and ("040" or a or b or "200")[ic] |
| 13 | 813 | N/A | 0 | 0 | 0:05 | 2 and "044"[cc] |
| 14 | 38 | 2 | 36 | 6 | 0:02 | 2 and ("044" or a or b or "200")[ic] |
| 15 | 244 | 0 | 244 | 98 | 0:05 | 10 not dead[ld] |

```
Session started  5/12/03 2:45:35 PM
Session finished 5/12/03 3:17:27 PM
Total search duration 0 minutes 51 seconds
Session duration 31 minutes 52 seconds

Default NEAR limit= 1 ADJ limit= 1


Sent to TICRS as Serial Number: 76477495
```

**12-23-2002**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #67

**DRAWING**

APPLICANT:                              NCDR, L.L.C.

P.O. ADDRESS:                           3145 E. Chandler Boulevard
                                        Suite 110-636
                                        Phoenix, Arizona 85048

DATE OF FIRST USE:                      August 15, 2002

DATE OF FIRST USE IN COMMERCE:          August 15, 2002

SERVICES:                               Dental services.

CLASS:                                  44





U.S. Patent & TM Ofc/TM

**76477495**

NCDR, L.L.C. for                        - 3 -                    Use Based 40789.0200
KOOL SMILES GENERAL DENTISTRY FOR                               Express Mail Label No. EL599951419US
CHILDREN & DESIGN

# 76477495

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

12/26/2002 SWILSON1 00000269 76477495
01 FC:6001                     325.00 OP

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119



**Snell & Wilmer**
L.L.P.
LAW OFFICES

One Arizona Center
Phoenix, Arizona 85004-2202
(602) 382-6000
Fax: (602) 382-6070
www.swlaw.com

PHOENIX, ARIZONA

TUCSON, ARIZONA

IRVINE, CALIFORNIA

SALT LAKE CITY, UTAH

DENVER, COLORADO

LAS VEGAS, NEVADA

R. Lee Fraley (602) 382-6250
lfraley@swlaw.com

December 20, 2002

Assistant Commissioner for Trademarks
Box NEW APP FEE
2900 Crystal Drive
Arlington, VA  22202-3513

> Re:    NCDR, L.L.C.
>        Application for Federal service mark registration
>        Mark:         KOOL SMILES GENERAL DENTISTRY
>                      FOR CHILDREN & DESIGN
>        Our Docket No.:    40789.0200

Dear Assistant Commissioner:

Enclosed is the Application of NCDR, L.L.C. for the service mark:

KOOL SMILES GENERAL DENTISTRY FOR CHILDREN & DESIGN

in respect of dental services (Int'l Class 44).

Also enclosed are:
> at least one (1) specimen of the mark as actually used;
> a drawing; and
> a check in the amount of $325.00 to cover the filing fee.

Should there be a deficiency in the fee enclosed, please charge our deposit account (19-2814) for the difference, **for which purpose a duplicate copy of this sheet is enclosed**.

Please stamp and date the enclosed postcard to acknowledge receipt of the above materials and return it to us.

Very truly yours,

Snell & Wilmer

R. Lee Fraley
Attorney for Applicant

RLF:lla
Enclosures

Snell & Wilmer is a member of LEX MUNDI, a leading association of independent law firms.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application for Service Mark Registration

|              |                              |
|--------------|------------------------------|
| Mark:        | KOOL SMILES GENERAL          |
|              | DENTISTRY FOR CHILDREN &     |
|              | DESIGN                       |

Int'l Class:   44

Applicant:      NCDR, L.L.C.
                a Delaware limited liability company

Business Address      3145 E. Chandler Boulevard
and Situs:            Suite 110-636
                      Phoenix, Arizona 85048

TO THE ASSISTANT COMMISSIONER FOR
 TRADEMARKS
Box NEW APP FEE
2900 Crystal Drive
Arlington, VA 22202-3513

Dear Assistant Commissioner:

Applicant has adopted and is using in commerce the above-identified service mark shown in the accompanying drawing and requests registration of such mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. §1051, *et seq.*, as amended) for the following services:

Dental services in Class 44.

The mark was first used by applicant in connection with such services at least as early as August 15, 2002, was first used in interstate commerce in connection with such services at least as early as August 15, 2002; and is now in use in such commerce by applicant.

**POWER OF ATTORNEY AT LAW**

Applicant hereby appoints Snell & Wilmer L.L.P. and attorneys at law thereof R. Lee Fraley, Michael K. Kelly, Charles F. Hauff, Jr., Howard I. Sobelman, Laura J. Zeman, David O. Caplan, Cynthia L. Pillote, Daniel R. Pote, Sid Leach; Damon L. Boyd, Thomas V. DelRosario, Wendy Neal,

EL599951419US

Michelle Whittington, Shahpar Shahpar, Allan Watts, Thomas Finn, Patrick Mixon, William F. Mulholland, II, John Platt and Dave Wood all of One Arizona Center, 400 East Van Buren, Phoenix, AZ 85004-2202, telephone (602) 382-6000, as its attorneys to prosecute this application, to register with full power of substitution and revocation, to transact all business in the U.S. Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration. Every member of the firm of Snell & Wilmer L.L.P. and every attorney at law associated with that firm is hereby authorized to sign any paper and to conduct any business on behalf of the applicant in this case. It is requested that correspondence be sent to Snell & Wilmer L.L.P., One Arizona Center, 400 East Van Buren, Phoenix, AZ 85004-2202, Attention: Intellectual Property Dept.

## DECLARATION

The undersigned, being hereby duly warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he or she is properly authorized to execute this application on behalf of the applicant, that he or she believes the applicant to be the owner of the mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), he or she believes the applicant to be entitled to use in commerce the mark sought to be registered, that to the best of his or her knowledge and belief no other person, firm, corporation, or association has the right to use such mark in commerce, either in the identical form of the mark or in such near resemblance to the mark as to be likely, when used on or in connection with the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive, and that all statements made of his or her own knowledge are true and all statements made on information and belief are believed to be true.

NCDR, L.L.C.

**12/19/2002**
Date

By _____
         Signature

**Mark Blomquist**
Printed Name

**Member – NCDR LLC**
Title

NCDR, L.L.C. for                                      - 2 -                          Use Based 40789.0200
KOOL SMILES GENERAL DENTISTRY FOR                                Express Mail Label No. EL599951419US
CHILDREN & DESIGN

**SPECIMENS**

MARK:                                KOOL SMILES GENERAL DENTISTRY FOR
                                     CHILDREN & DESIGN

APPLICANT:                           NCDR, L.L.C.

BUSINESS ADDRESS AND SITUS:          3145 E. Chandler Boulevard
                                     Suite 110-636
                                     Phoenix, Arizona 85048


Submitted:                           One (1) color and one (1) black and white copy
                                     of the signage displaying the mark, identifying
                                     the services and providing contact information to
                                     enable potential customers to obtain the services.

NCDR, L.L.C. for                          - 4 -              Use Based 40789.0200
KOOL SMILES GENERAL DENTISTRY FOR                     Express Mail Label No. EL599951419US
CHILDREN & DESIGN



**12-23-2002**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #67

|  |  |
|---|---|
| | **DRAWING** |
| APPLICANT: | NCDR, L.L.C. |
| P.O. ADDRESS: | 3145 E. Chandler Boulevard<br>Suite 110-636<br>Phoenix, Arizona 85048 |
| DATE OF FIRST USE: | August 15, 2002 |
| DATE OF FIRST USE IN COMMERCE: | August 15, 2002 |
| SERVICES: | Dental services. |
| CLASS: | 44 |



U.S. Patent & TM Ofc/TM

**76477495**

NCDR, L.L.C. for
KOOL SMILES GENERAL DENTISTRY FOR
CHILDREN & DESIGN

- 3 -

Use Based 40789.0200
Express Mail Label No. EL599951419US



p://www.koolsmilespc.com/virtualtour/06kc.jpg