# EXHIBIT 6



# MAUZÉ & BAGBY, PLLC

George Mauze'
Tom Bagby

2632 Broadway, Suite 402 South
San Antonio, Texas 78215
1-800-200-9096
(210) 354-3377

February 16, 2012

Advertising Review Committee
State Bar of Texas
P.O. Box 12487
Austin, Texas 78711-2487

Re: File number 51353, Bar number 24059409

Dear Mr. Major:

I have been in New Orleans, Louisiana taking the Louisiana bar exam and I just received your letter dated February 7, 2012. Pursuant to the contents of the letter, I have taken steps to stop public dissemination of the advertisement in question. Dissemination has been _temporarily_ stopped for the purposes of making corrections. I am unsure about a few of your requested changes. Therefore, I will call your department today for clarification. I anticipate the corrections being sent no later than February 24, 2012. Thank you for your letter. Please know that it is my sole goal to be in compliance with the State Bar of Texas.

Enclosed, please find my email to Anderson Advertising regarding my request to immediately stop the public dissemination of the advertising.

Please do not hesitate to contact me with any questions or concerns. Thank you.

Very truly yours,

Tom Bagby



# MAUZÉ & BAGBY, PLLC

George Mauze'
Tom Bagby

2632 Broadway, Suite 402 South
San Antonio, Texas 78215
1-800-200-9096
(210) 354-3377

February 16, 2012

Advertising Review Committee
State Bar of Texas
P.O. Box 12487
Austin, Texas 78711-2487

Re: File number 51354, Bar number 24059409

Dear Mr. Major:

I have been in New Orleans, Louisiana taking the Louisiana bar exam and I just received your letter dated February 7, 2012. Pursuant to the contents of the letter, I have taken steps to stop public dissemination of the advertisement in question. Dissemination has been <u>temporarily</u> stopped for the purposes of making corrections. I am unsure about a few of your requested changes. Therefore, I will call your department today for clarification. I anticipate the corrections being sent no later than February 24, 2012. Thank you for your letter. Please know that it is my sole goal to be in compliance with the State Bar of Texas.

Enclosed, please find my email to Anderson Advertising regarding my request to immediately stop the public dissemination of the advertising.

Please do not hesitate to contact me with any questions or concerns. Thank you.

Very truly yours,

Tom Bagby



# MAUZÉ & BAGBY, PLLC

George Mauze'
Tom Bagby

2632 Broadway, Suite 402 South
San Antonio, Texas 78215
1-800-200-9096
(210) 354-3377

February 16, 2012

Advertising Review Committee
State Bar of Texas
P.O. Box 12487
Austin, Texas 78711-2487

        Re: File number 51355, Bar number 24059409

Dear Mr. Major:

I have been in New Orleans, Louisiana taking the Louisiana bar exam and I just received your letter dated February 7, 2012. Pursuant to the contents of the letter, I have taken steps to stop public dissemination of the website www.koolsmilesclaims.com. Dissemination has been <u>temporarily</u> stopped for the purposes of making corrections. I am unsure about a few of your requested changes. Therefore, I will call your department today for clarification. I anticipate the corrections being sent no later than February 24, 2012. Thank you for your letter. Please know that it is my sole goal to be in compliance with the State Bar of Texas.

Enclosed, please find my email to Yodle regarding my request to immediately stop the public dissemination of the contents of the website www.koolsmilesclaims.com.

Please do not hesitate to contact me with any questions or concerns. Thank you.

Very truly yours,

Tom Bagby