# EXHIBIT 7



# MAUZÉ & BAGBY, PLLC

George Mauzé
Tom Bagby

2632 Broadway, Suite 402 South
San Antonio, Texas 78215
1-800-200-9096
(210) 354-3377

February 21, 2012

Advertising Review Committee
State Bar of Texas
P.O. Box 12487
Austin, Texas 78711-2487
**VIA: OVERNIGHT MAIL**

Re: File Numbers 51353; Bar Card Number: 24059409

Dear Mr. Major:

In response to the Advertising Review Committee's letter dated February 7, 2012, please find enclosed two (2) DVD copies of our revised television commercial. In addition, for your convenience, enclosed, please find two (2) original production scripts. Pursuant to Rule 7.04(q) we have enlarged the words "Sponsored by Attorney Tom Bagby, Principal Office, San Antonio, TX" to be presented in the same manner as the communication and with equal prominence.

Please do not hesitate to contact me with any questions.

Very truly yours,

Tom Bagby