# EXHIBIT 8

## (DVD to be submitted in hard copy)

