# EXHIBIT 9

- Homepage
- Who We Are
- Kool Smiles Around the Web
- Contact Us

# KOOL

## Smiles Claims

Sponsored by: Tom Bagby, Attorney, San Antonio, Texas

### Call Today!
### 1-800-200-9096

Serving All Of Texas

### Was your child:

- strapped down to a papoose board?
- upset, crying, terrified, or traumatized?
- does your child have a mouthful of stainless steel crowns?

Read More



## Who We Are

### Mauzé & Bagby, PLLC

We are a law firm in San Antonio, Texas committed to serving families whose children have been victims of unnecessary and excessive dentistry. The two principal partners of Mauzé & Bagby, PLLC are George Mauzé and Tom Bagby. Below are brief bios on the principals of Mauzé & Bagby, PLLC.

### George Mauzé

George Mauzé was born and raised in San Antonio, Texas. He attended Texas A&M University where he obtained a B.A. degree in 1981. He next attended South Texas College of Law in Houston where he obtained a J.D. degree in 1983. He was licensed to practice law in Texas in 1983, at the age of 22. He has been practicing law throughout Courts in Texas and has handled cases in other states for 28 years. He has been named a Super Lawyer (only 5% of attorneys are selected) by Thomas Reuters, as published in Texas Monthly, in 2005, 2006, 2007, 2008, 2009, 2010, and 2011. His law firm was named by the National Law Journal in 2002 as the 33rd Winningest Law Firm in the United States.

George Mauzé is licensed to practice in Texas, the Western, Southern and Northern United States District Courts, the United States Fifth Circuit Court of Appeals and the United

States Supreme Court. He is a member of the State Bar of Texas, the San Antonio Bar Association, the Million Dollar Advocates Forum, and other organizations. He has authored articles and made presentations at Continuing Legal Education seminars sponsored by law schools and the State Bar of Texas.

**Tom Bagby**

Tom Bagby grew up in Houston, Texas. He went to college at the University of Texas at Austin where he graduated in 3 years. Tom attended law school at the University of St. Mary's School of Law in San Antonio, Texas, where he graduated at the top of his class. During law school, Tom clerked for the General Counsel to the Commandant of the Marine Corps at the Pentagon in Washington, D.C. Tom also clerked for United States Magistrate Judge Pamela Mathy for the United States District Court for the Western District of Texas. After law school, Tom went to work for a local San Antonio firm, where he practiced real estate and business law. However, Tom's passion for helping the needy and underprivileged could not be contained. That is why he joined with George Mauzé to start Mauzé & Bagby, PLLC, a law firm dedicated to representing people who have been taken advantage of or abused.

Tom is an active member of the San Antonio Bar Association, San Antonio Young Lawyers Association, and St. Luke's Episcopal Church. Tom is licensed to practice law in Texas and Montana.

## Why Choose Us?

- Flexible Appointment Availability
- Personal Attention On Every Case
- Schedule Now And Protect Your Rights
- Local Representation
- Free Initial Consultation



## Contact Us

Name
Phone
Email
Comments

[ Submit ]

Copyright Kool Smiles Claims, All Rights reserved.
Privacy Policy

## Site Map

- Homepage
- Who We Are
- Kool Smiles Around the Web
- Contact Us

## Kool Smiles Claims

Call Us Now: 1-800-200-9096

2632 Broadway St
San Antonio, TX 78215

Paid for by Mauze & Bagby, PLLC

**DISCLAIMER:** Requesting a legal consultation or claim review does not form an attorney client relationship. You are not considered a client until a

retainer agreement has been signed and your case has been accepted. The contents of this site are provided for informational purposes only and do not constitute legal advice in any way. Prior outcomes do not guarantee or predict a similar results with respect to any future matter.

- Homepage
- Who We Are
- Kool Smiles Around the Web
- Contact Us

# KOOL

## Smiles Claims

Sponsored by: Tom Bagby, Attorney, San Antonio, Texas

**Call Today!**
**1-800-200-9096**

Serving All Of Texas

### Was your child:

- strapped down to a papoose board?
- upset, crying, terrified, or traumatized?
- does your child have a mouthful of stainless steel crowns?

Read More



## Who We Are

### Mauzé & Bagby, PLLC

We are a law firm in San Antonio, Texas committed to serving families whose children have been victims of unnecessary and excessive dentistry. The two principal partners of Mauzé' & Bagby, PLLC are George Mauzé' and Tom Bagby. Below are brief bios on the principals of Mauzé' & Bagby, PLLC.

### George Mauzé

George Mauzé' was born and raised in San Antonio, Texas. He attended Texas A&M University where he obtained a B.A. degree in 1981. He next attended South Texas College of Law in Houston where he obtained a J.D. degree in 1983. He was licensed to practice law in Texas in 1983, at the age of 22. He has been practicing law throughout Courts in Texas and has handled cases in other states for 28 years. He has been named a Super Lawyer (only 5% of attorneys are selected) by Thomas Reuters, as published in Texas Monthly, in 2005, 2006, 2007, 2008, 2009, 2010, and 2011. His law firm was named by the National Law Journal in 2002 as the 33rd Winningest Law Firm in the United States.

George Mauzé' is licensed to practice in Texas, the Western, Southern and Northern United States District Courts, the United States Fifth Circuit Court of Appeals and the United

States Supreme Court. He is a member of the State Bar of Texas, the San Antonio Bar Association, the Million Dollar Advocates Forum, and other organizations. He has authored articles and made presentations at Continuing Legal Education seminars sponsored by law schools and the State Bar of Texas.

**Tom Bagby**

Tom Bagby grew up in Houston, Texas. He went to college at the University of Texas at Austin where he graduated in 3 years. Tom attended law school at the University of St. Mary's School of Law in San Antonio, Texas, where he graduated at the top of his class. During law school, Tom clerked for the General Counsel to the Commandant of the Marine Corps at the Pentagon in Washington, D.C. Tom also clerked for United States Magistrate Judge Pamela Mathy for the United States District Court for the Western District of Texas. After law school, Tom went to work for a local San Antonio firm, where he practiced real estate and business law. However, Tom's passion for helping the needy and underprivileged could not be contained. That is why he joined with George Mauzé to start Mauzé & Bagby, PLLC, a law firm dedicated to representing people who have been taken advantage of or abused.

Tom is an active member of the San Antonio Bar Association, San Antonio Young Lawyers Association, and St. Luke's Episcopal Church. Tom is licensed to practice law in Texas and Montana.

## Why Choose Us?

- Flexible Appointment Availability
- Personal Attention On Every Case
- Schedule Now And Protect Your Rights
- Local Representation
- Free Initial Consultation



## Contact Us

Name
Phone
Email
Comments

[ Submit ]

Copyright Kool Smiles Claims, All Rights reserved.
Privacy Policy

## Site Map

- Homepage
- Who We Are
- Kool Smiles Around the Web
- Contact Us

## Kool Smiles Claims

Call Us Now: 1-800-200-9096

2632 Broadway St
San Antonio, TX 78215

Paid for by Mauze & Bagby, PLLC

*DISCLAIMER: Requesting a legal consultation or claim review does not form an attorney client relationship. You are not considered a client until a*

retainer agreement has been signed and your case has been accepted. The contents of this site are provided for informational purposes only and do not constitute legal advice in any way. Prior outcomes do not guarantee or predict a similar results with respect to any future matter.