UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| BENEVIS, LLC f/k/a NCDR, L.L.C.; | § | |
| DENTISTRY OF BROWNSVILLE, P.C. | § | |
| d/b/a KOOL SMILES; and KS2 TX, P.C. | § | |
| d/b/a KOOL SMILES, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:12.CV-36 |
| | § | |
| MAUZÉ & BAGBY, PLLC; GEORGE | § | |
| WATTS MAUZÉ II; and JAMES | § | |
| THOMAS BAGBY III, | § | |
| | § | |
| Defendants. | § | |

**<u>CERTIFICATION TO THE COURT</u>**
**<u>OF THE DESTRUCTION OF DOCUMENTS</u>**

      Now comes John C. Cave, counsel for Defendants Mauzé & Bagby, PLLC, George Watts Mauzé II and  James Thomas Bagby III, collectively, the "M&B Parties," and hereby certifies to the Court that the M&B Parties have shredded or otherwise destroyed any and all documents produced by Plaintiffs in connection with the above-styled and numbered cause, and any and all documents that were provided to the M&B Parties by former or current employees of any of the Kool Smiles Parties,, as well as any other documents created by Plaintiffs and obtained by the M&B Parties pursuant to the terms of the Confidential Settlement Agreement.

      Further, the undersigned counsel certifies to the Court that the M&B Parties have destroyed those documents identified in the List of Retained Documents attached as Exhibit B to the Confidential Settlement Agreement.

Dated this 3rd day of November 2017.

Respectfully submitted,

By:/s/ John C. Cave
John C. Cave
Attorney-In-Charge
Texas State Bar No. 00783812
Southern District Admission No: 31606
GUNN, LEE & CAVE, P.C.
300 Convent St., Suite 1080
San Antonio, Texas 78205
Telephone: (210) 886-9500
Facsimile: (210) 886-9883
Email: john.cave@gunn-lee.com

Of Counsel:

Edward B. Marvin
Texas State Bar No. 24055917
Southern District Admission No: 777369
GUNN, LEE & CAVE, P.C.
300 Convent St., Suite 1080
San Antonio, Texas 78205
Telephone: (210) 886-9500
Facsimile: (210) 886-9883
Email: edward.marvin@gunn-lee.com

-and-

Kimberly S. Keller
Texas State Bar No. 24014182
Southern District Admission No: 31427
KELLER STOLARCZYK, PLLC
234 W. Bandera Rd., No. 120
Boerne, Texas 78006
Telephone: (830) 981-5000
Facsimile: (888) 293-8580
Email: kim@kellsto.com

ATTORNEYS FOR DEFENDANTS, MAUZÉ &
BAGBY, PLLC, GEORGE WATTS MAUZÉ II,
AND JAMES THOMAS BAGBY, III

## CERTIFICATE OF CM/ECF FILING AND SERVICE

I hereby certify that on November 3, 2017, I electronically filed the foregoing document with the Clerk of the United States District Court, Southern District of Texas, Laredo Division by the CM/ECF system. I certify that attorney participants listed in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system or by some other means as stated below, upon the following:

**CM/ECF**
Stephanie D. Clouston, Esq.
ALSTON & BIRD, LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas 75201

***Via First Class Mail***
John A. Kazen
Kazen, Meurer & Perez, LLP
211 Calle Del Norte, Suite 100
Laredo, Texas 78041

/s/ *John C. Cave*
John C. Cave